1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON L. POOLE,

                    Plaintiff,

          v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Case No. C19-6096 RSM

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

(1)     Plaintiff shall be issued summonses.

(2)     Plaintiff is responsible for serving the complaint and summonses, and must file

proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may

effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a

copy of the summonses and complaint, along with plaintiff's identifying information, by email to

USAWAW.SSAClerk@usdoj.gov.

DATED this 19th day of November, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1